# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL B. BETTS, <br><br> Defendant. | 8:15CR224 <br><br> ORDER |

This matter is before the Court on the Government's Motion to Dismiss Forfeiture Allegation, ECF No. 33. The Court reviewed the record in this case and, being duly advised in the premises, finds the Government's Motion should be granted.

Accordingly,

IT IS ORDERED:

1. The United States' Motion to Dismiss Forfeiture Allegation, ECF No. 33, is granted; and

2. The Forfeiture Allegation of the Information is hereby dismissed.

Dated this 23rd day of October, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge